TIMOTHY COURCHAINE
United States Attorney
District of Arizona

KEVIN M. RAPP
Assistant United States Attorney
Arizona State Bar No. 014249
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: kevin.rapp@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

APR 2 1 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

RESERVED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR26-00412-PHX-DWL (MTM) |
|---|---|
| Plaintiff, | |
| vs. | **INDICTMENT** |
| | VIO:  26 U.S.C. § 7206(1) |
| Charles Lewis Davis, | (Fraud and false statements) |
| Defendant. | Counts 1-2 |

**THE GRAND JURY CHARGES:**

**DEFENDANT**

1. Defendant CHARLES LEWIS DAVIS ("DAVIS"), 32, resides in Phoenix, Arizona. DAVIS owns and operates Forever Investments LLC, a social media entity that posts videos to YouTube, Facebook, and Instagram, among other social media sites. The videos include DAVIS and his girlfriend A.H. While A.H. is involved in the posted videos, DAVIS is the 100% owner of Forever Investments, LLC.

**FILING A FALSE TAX RETURN**

2. DAVIS willfully and knowingly filed federal income tax returns for tax years 2020 and 2021 that contained material misstatements. DAVIS told his return preparer that the records he provided were complete while DAVIS then knew that he failed to report an

additional $807,142 of gross income that should have been included on line 7 of his 2020 Form 1040 Schedule C and an additional $390,566 on line 7 of his 2021 Form 1040 Schedule C.

3. As a result of underreporting gross income for Forever Investments LLC, DAVIS reported no taxable income in 2020 and $5,802 of taxable income in 2021 on his Forms 1040.

4. Between 2020 and 2021, the majority of DAVIS's unreported income was stored in DAVIS's personal and business bank, brokerage, and cryptocurrency accounts. In 2020, these accounts grew by $637,917. In 2021, these accounts grew by $392,863. The cumulative amount of unreported income between 2020 and 2021 was $1,030,780.

5. DAVIS electronically filed his 2020 and 2021 federal tax returns, and they were received by the IRS on August 17, 2021, and August 24, 2022, respectively.

6. The additional tax due on DAVIS's corrected Forms 1040, as a result of this unreported income, is approximately $297,072 for 2020 and $136,080 in 2021. The total additional tax due and owing is thus approximately $433,152.

7. DAVIS has not filed federal income tax returns for 2022 up to the present.

## **COUNT 1**

8. The above factual allegations are realleged and incorporated by reference.

9. On or about August 17, 2021, in the District of Arizona, the Defendant, CHARLES LEWIS DAVIS, willfully made and subscribed and filed and caused to be filed with the Internal Revenue Service, a false U.S. Individual Income Tax Return (Form 1040 and accompanying schedules and statements) in his own name for calendar year 2020, which was verified by a written declaration that it was made under the penalties of perjury, and which DAVIS did not believe to be true and correct as to every material matter. That tax return reported Forever Investment LLC's gross income for tax year 2020 was $1,453,668, whereas DAVIS knew he received gross income in excess of $1,453,668.

All in violation of Title 26, United States Code, Section 7206(1).

## COUNT 2

10. The above factual allegations are realleged and incorporated by reference.

11. On or about August 24, 2022, in the District of Arizona, the Defendant, CHARLES LEWIS DAVIS, willfully made and subscribed and filed and caused to be filed with the Internal Revenue Service, a false U.S. Individual Income Tax Return (Form 1040 and accompanying schedules and statements) in his own name for calendar year 2021, which was verified by a written declaration that it was made under the penalties of perjury, and which DAVIS did not believe to be true and correct as to every material matter. That tax return reported Forever Investment LLC's gross income for tax year 2021 was $1,292,088, whereas DAVIS knew he received gross income in excess of $1,292,088.

All in violation of Title 26, United States Code, Section 7206(1).

A TRUE BILL

_s/_
_____
FOREPERSON OF THE GRAND JURY
Date: April 21, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


_s/_
_____
KEVIN M. RAPP
Assistant U.S. Attorney